```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 02411
   KEVIN GUICE
   BRENDA A GUICE                              CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-5955    SSN XXX-XX-2721


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/02/2008 and was confirmed 03/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     703.87             .00           .00
FORD MOTOR CREDIT         UNSEC W/INTER   14077.67             .00           .00
INTERNAL REVENUE SERVICE  PRIORITY         4134.12             .00           .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER    3742.78             .00           .00
HOMEQ SERVICING CORP      CURRENT MORTG       .00              .00           .00
HOMEQ SERVICING CORP      MORTGAGE ARRE    1319.79             .00       1319.79
AMC MORTGAGE SERVICES     NOTICE ONLY    NOT FILED             .00           .00
AMERICASH LOANS           UNSEC W/INTER     802.07             .00           .00
AMERICAN GENERAL FIN      NOTICE ONLY    NOT FILED             .00           .00
AMERICAN GENERAL FIN      NOTICE ONLY    NOT FILED             .00           .00
ARONSON FURNITURE         NOTICE ONLY    NOT FILED             .00           .00
ARROW FINANCIAL SERVICES  UNSEC W/INTER  NOT FILED             .00           .00
AT & T                    UNSEC W/INTER  NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    1215.96             .00           .00
CBCS                      UNSEC W/INTER  NOT FILED             .00           .00
CBCS                      UNSEC W/INTER  NOT FILED             .00           .00
SBC                       UNSEC W/INTER  NOT FILED             .00           .00
CHICAGO DEPT OF REVENUE   UNSEC W/INTER  NOT FILED             .00           .00
CHICAGO DEPT OF REVENUE   UNSEC W/INTER  NOT FILED             .00           .00
CITY OF CHICAGO PARKING   UNSEC W/INTER    7240.00             .00           .00
CHICAGO MUNICIPAL EMPLOY  SECURED          1046.27           14.46         381.75
CMI                       UNSEC W/INTER  NOT FILED             .00           .00
COOK COUNTY TREASURER     NOTICE ONLY    NOT FILED             .00           .00
DIRECT TV                 UNSEC W/INTER  NOT FILED             .00           .00
FIRST CREDIT CORP         UNSEC W/INTER    1489.98             .00           .00
FIRST PREMIER BANK        NOTICE ONLY    NOT FILED             .00           .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED             .00           .00
T MOBILE                  UNSEC W/INTER     142.57             .00           .00
LVNV FUNDING              UNSEC W/INTER  NOT FILED             .00           .00
MIDWEST EMERGENCY ASSO    UNSEC W/INTER  NOT FILED             .00           .00
MONTEREY FINANCIAL        NOTICE ONLY    NOT FILED             .00           .00
NCO FINANCIAL SYSTEM      UNSEC W/INTER  NOT FILED             .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 02411 KEVIN GUICE & BRENDA A GUICE
```

```
COM ED                       UNSEC W/INTER NOT FILED              .00              .00
NCO FINANCIAL SYSTEM         UNSEC W/INTER NOT FILED              .00              .00
NICOR GAS                    UNSEC W/INTER NOT FILED              .00              .00
ORKIN                        UNSEC W/INTER NOT FILED              .00              .00
PALISADES COLLECTIONS        UNSEC W/INTER NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE     UNSEC W/INTER NOT FILED              .00              .00
RADIOLOGY IMAGING CONSUL     UNSEC W/INTER NOT FILED              .00              .00
SHERWIN WILLIAMS CREDIT      NOTICE ONLY   NOT FILED              .00              .00
T MOBILE                     NOTICE ONLY   NOT FILED              .00              .00
US DEPARTMENT OF EDUCATI     UNSEC W/INTER NOT FILED              .00              .00
WEST ASSET MANAGEMENT        UNSEC W/INTER NOT FILED              .00              .00
T MOBILE                     NOTICE ONLY   NOT FILED              .00              .00
ILLINOIS DEPT OF REVENUE     PRIORITY        1166.88              .00              .00
T MOBILE                     UNSEC W/INTER    108.65              .00              .00
ILLINOIS DEPT OF REVENUE     UNSECURED        142.11              .00              .00
STEVEN A LEAHY               DEBTOR ATTY     2,654.00                        2,654.00
TOM VAUGHN                   TRUSTEE                                           380.00
DEBTOR REFUND                REFUND                                               .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 4,750.00

PRIORITY                                              .00
SECURED                                          1,701.54
    INTEREST                                        14.46
UNSECURED                                             .00
ADMINISTRATIVE                                   2,654.00
TRUSTEE COMPENSATION                               380.00
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                  4,750.00                 4,750.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/27/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE